19 F.3d 643
 Industrial Design Service Co., Res/Q Holdings Corp., Leight
(Raymond III, Joan)
v.
Upper Gwynedd Township, Upper Gwynedd Township
Commissioners, Upper Gwynedd Township Manager, Debarth
(Jean), Hurni (William), Santi (James), Poirier (Roger),
Kemper (Thomas), Ziemba (Eugene), Crowberger (Kenneth),
Iacocca (Michael), Perrone (Leonard), Lawrence (William),
Upper Gwynedd Township Code Enforcement Officer
 NO. 93-1907
 United States Court of Appeals,
Third Circuit.
 Feb 07, 1994
 
 Appeal From: E.D.Pa.,
 Yohn, J.
 
 
 1
 AFFIRMED.